AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

JOANNE M. BILBREY, INDIVIDUALLY AND AS EXECUTOR OF THE ESTATE OF ROBERT L. BILBREY, DECEASED

*Plaintiff(s)*

v.

PV HOLDING CORP, ET AL.

*Defendant(s)*

Civil Action No. 1:25-cv-00721

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

HUTCHINSON, INC.
C/O JAMES TODOROFF
460 FULLER AVENUE, N.E.
GRAND RAPIDS, MI 49503

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

KENNETH A. CALDERONE
HANNA, CAMPBELL & POWELL, LLP
3737 EMBASSY PARKWAY, SUITE 100
AKRON, OH 44333

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date: 4/21/2025


s/ Jessica L. Hancock

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-00721

## PROOF OF SERVICE

This s[ummons] was received [by me on...]

☐ I p[ersonally served...]

☐ I le[ft the summons...]

on (da[te])

☐ I s[erved...]

desig[nated...] who is...

☐ I re[turned...] ; or

☐ Other (specify):

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Hutchinson, Inc.
   c/o James Todoroff
   460 Fuller Ave., N.E.
   Grand Rapids, MI 49503

   9590 9402 7963 2305 3426 60

2. Article Number (Transfer from service label)
   7022 3330 0001 4427 8204

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Marie Boyd
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name): MARIE BOYD
C. Date of Delivery: 5-9-25

D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☒ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc: