**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

---

**MINUTES OF PROCEEDINGS--CIVIL**

---

|  |  |
|---|---|
| | DATE: December 19, 2025 |
| Joanne M. Bilbrey, | |
| | CASE NO. 1:25-cv-00721-DAP |
| Plaintiff, | |
| | JUDGE DAN AARON POLSTER |
| vs. | |
| | MAGISTRATE JUDGE JONATHAN D. |
| PV Holding Corp., *et al.*, | GREENBERG |
| | |
| Defendants. | ECRO: B. Laster |

---

Plaintiff/Representative:
Joanne M. Bilbrey

Plaintiff's counsel:
John D. Latchney
Kenneth A. Calderone

Defendant/Representative:
Jim Brown

Counsel for Defendants/Cross-Claimants
 PHV Holding Corp. and Avis:
Thomas J. Cabral
Joseph Monroe, II

Defendant/Representative:
Jules Toussaint (in France)

Counsel for Defendant Toussaint:
Christopher E. Cotter

Defendant/Representative:
Melissa Kripl

Counsel for Defendant/Cross-Defendant
Hutchinson Corp.:

Bryan Rohm
Dave Schmidt

Michael P. Gilbride

---

PROCEEDINGS: An in-person Mediation Conference was conducted on December 19, 2025, with the above participants. The parties were able to reach an agreement in this matter. The parties shall file a joint status report on progress of probate court due by February 20, 2026. The Court shall retain jurisdiction to enforce the settlement agreement.  Any filing of the transcript shall be made under seal.

   7  hours

Total Time                                                    s/ Jonathan D. Greenberg
                                                              Jonathan D. Greenberg
                                                              United States Magistrate Judge