**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **JOANNE M. BILBREY, Individually and as Executor of the Estate of Robert L. Bilbrey, Deceased,** | ) ) ) | **CASE NO.  1:25-cv-00721** |
| | ) | |
| **Plaintiffs,** | ) | **JUDGE DAN AARON POLSTER** |
| | ) | |
| **v.** | ) | **JOINT STATUS REPORT** |
| | ) | |
| **PV HOLDING CORP., et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

Plaintiff Joanne M. Bilbrey, Individually and as Executor of the Estate of Robert L. Bilbrey, Deceased, and Defendants PV Holding Corp., Avis Budget Group, Inc., Avis Car Rental, and Avis Budget Car Rental, LLC, and Hutchinson, Inc., hereby submit their Joint Status Report as required pursuant to the Court's Order (ECF No. 46.)

Plaintiff is still working on getting a Medicare lien sorted out.  Plaintiff states that is the only thing left before submission to the Probate Court.

Respectfully submitted,

| | |
|---|---|
| /s/ John D. Latchney | /s/ Joseph Monroe II |
| **KENNETH A. CALDERONE (0046860)** | **THOMAS J. CABRAL (0033041)** |
| **JOHN D. LATCHNEY (0046539)** | **JOSEPH MONROE II (0086540)** |
| HANNA CAMPBELL & POWELL, LLP | GALLAGHER SHARP LLP |
| 3737 Embassy Pkwy., Suite 100 | 1215 Superior Avenue, 7th Floor |
| Akron, OH  44333 | Cleveland, OH  44114 |
| Tel: (330) 670-7324 | Tel:  (216) 241-5310 |
| Fax: (330) 670-7440 | Fax:  (216) 241-1608 |
| kcalderone@hcplaw.net | tcabral@gallaghersharp.com |
| jlatchney@hcplaw.net | jmonroe@gallaghersharp.com |
| *Counsel for Plaintiffs* | *Counsel for Defendants PV Holding Corp., Avis Budget Group, Inc., Avis Car Rental and Avis Budget Car Rental, LLC* |

/s/ Chris E. Cotter

**CHRISTOPHER E. COTTER (0084021)**
ROETZEL & ANDRESS, LPA
222 South Main Street
Akron, OH  44308
Tel: (330) 819-1127
Fax: (330) 376-4577
ccotter@ralaw.com
*Counsel for Defendant Jules Toussaint*

/s/ Michael P. Gilbride

**MICHAEL P. GILBRIDE (0062471)**
REMINGER CO., LPA
154 Columbus Avenue
Sandusky, OH  44870
Tel:  (419) 609-1311
Fax:  (419) 626-4805
mgilbride@reminger.com
*Counsel for Defendant Hutchinson, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on **February 20, 2026,** the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

/s/Joseph Monroe II

**JOSEPH MONROE II (0086540)**
GALLAGHER SHARP, LLP
*Counsel for Defendants PV Holding Corp., Avis Budget Group, Inc., Avis Car Rental and Avis Budget Car Rental, LLC*